UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 05-Cr- **05 CR 204**
        [T. 18 U.S.C. §§ 2252A, and 2]
        [Green Bay]

JOHN DOE,
(A white male who has a
balding crown and white hair
on the attached photographs
incorporated by reference herein)
        Defendant.

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

In approximately late 2003, in the State and Eastern District of Wisconsin,

**JOHN DOE,**

the defendant, more specifically described as a White Male who has a balding crown and white

hair in the attached photographs, incorporated by reference herein, knowingly transported in

interstate and foreign commerce, by computer, a visual depiction, the production of which

involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18 United

States Code, Section 2256(8)(A), and further identified by computer graphic files (".jpg") with

the following file names:

1.     "Image35"
2.     "Image36"

3. "Image40"
4. "Image 41"
5. "Image42"
6. "Image 43"
7. "Image 47".
8. "Image48"
9. "Image49"
10. "Image50"
11. "Image51"
12. "Image53"
13. "Image54"
14. "Image55"
15. "Image-24"
16. "Image-26"
17. "Image-27"

All in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2.

A TRUE BILL:



FOREPERSON

Dated: _8-9-05_

STEVEN M. BISKUPIC
United States Attorney

