UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                               Case No.  05-CR-204

JOHN DOE,                       [18 U.S.C. § 2252A(a)(1)]
                                                   Green Bay Division

        Defendant.

---

## MOTION FOR DISMISSAL OF INDICTMENT WITHOUT PREJUDICE

---

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court, the United States of America, by and through its attorneys, James L. Santelle, United States Attorney for the Eastern District of Wisconsin, and William J. Roach, Assistant United States Attorney for said district, hereby moves to dismiss without prejudice, the indictment issued on August 9, 2005, charging John Doe with transporting sexually explicit images of minors in violation of Title 18, United States Code Section 2252A(a)(1).

The basis for this dismissal is that, upon information and belief, the individual described above as John Doe was identified by Federal Bureau of Investigation special agents as likely being a middle-aged man from Australia. That man was arrested several years ago in Thailand allegedly caught in the act of committing a sexual assault against a boy approximately twelve years of age. John Doe is believed to be serving a significant sentence in Thailand for that

offense.  If he is ever released from custody, it is expected that John Doe will return to Australia which would then have jurisdiction over the indicted charge.

Dated at Green Bay, Wisconsin, this 11th day of January, 2011.

Respectfully submitted,

JAMES L. SANTELLE
United States Attorney

By:

/s/ William J. Roach
WILLIAM J. ROACH
Assistant United States Attorney